```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR S-05-0526 FCD
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER RESETTING
13        v.                     ) STATUS CONFERENCE, AND EXCLUDING
                                 ) TIME UNDER THE SPEEDY TRIAL ACT
14  LOPLEAN CARRELL CURTIS,      )
                                 )
15            Defendant.         )
    _____)
16
```

17      The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong, Assistant United States
20 Attorney, and defendant Loplean Carrell Curtis, through his counsel
21 of record, Timothy E. Warriner, Esq., hereby submit this stipulation
22 and proposed order resetting the status conference on May 22, 2006
23 to May 30, 2006.

24      Counsel for the government and the defense are actively
25 negotiating a possible resolution to this matter and require
26 additional time.

27      Additionally, counsels request that time be excluded from May
28 22, 2006, to May 30, 2006, from computation of time within which the

trial of this case must be commenced pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (to give counsel reasonable time to prepare).

IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: May 17, 2006        By:  <u>/s/ William S. Wong</u>
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: May 17, 2006        By:  <u>/s/ Timothy E. Warriner</u>
                                        TIMOTHY E. WARRINER
                                        Attorney for Defendant
                                        LOPLEAN CARRELL CURTIS

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference be continued as set forth above and that this matter be set for further status conference on May 30, 2006 at 9:30 a.m.

The Court finds excludable time as set forth above to and including May 30, 2006.

**IT IS SO ORDERED.**

DATED: May 17, 2006
                                                      <u>/s/ Frank C. Damrell Jr.</u>
                                                        HONORABLE FRANK C. DAMRELL, JR.
                                                        UNITED STATES DISTRICT COURT JUDGE