Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
LOPLEAN CARRELL CURTIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 05 0526 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| LOPLEAN CARRELL CURTIS, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was set for July 31, 2006 at 9:30 a.m.

2. Counsel for the defendant and counsel for the government are attempting to reach a resolution of this case by way of plea and additional time is necessary to work out the details of a plea agreement. Additionally, defense counsel is attempting to contact a potential witness in this case. Therefore, a continuance of the status conference until **August 14, 2006** is requested.

4. It is further stipulated by the parties that time continue to be excluded to August 14, 2006 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: July 31, 2006 /s/ Tim Warriner
Attorney for defendant, LOPLEAN CARRELL CURTIS

DATED: July 31, 2006 /s/ William S. Wong
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for July 31, 2006 be continued to August 14, 2006 at 9:30 a.m., and that time continue to be excluded to August 14, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: August 1, 2006

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE