Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
LOPLEAN CURTIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CRS 05 0526 FCD |
|         Plaintiff,        ) | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
|   v.        ) | |
| LOPLEAN CURTIS,        ) | |
|         Defendant.        ) | |

The parties hereby stipulate to the following:

1. This matter is presently set for judgment and sentencing on January 8, 2007.

2. The parties hereby stipulate that the judgment and sentencing date may be continued in order to afford counsel additional time to draft informal objections to the proposed report and to give the probation department additional time to consider counsel's informal comments. Thus, is hereby requested that the judgment and sentencing date be moved to February 20, 2007 at 10:00 a.m. The following schedule is hereby adopted: any informal objections concerning the proposed presentence investigation report will be due January 30, 2007;

///
///

1

the final presentence report will be filed February 6, 2007; and any motion for correction of the report will be filed February 13, 2007.  The US Probation Officer has been consulted concerning this schedule, and is in agreement therewith.

DATED: December 21, 2007        /s/ Tim Warriner
                                Attorney for defendant,
                                STEVEN CENICEROS


DATED: December 21, 2007        /s/ William Wong,
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date be continued to February 20, 2007 at 10:00 a.m.  The following schedule is adopted: any informal objections concerning the proposed presentence investigation report will be due January 30, 2007; the final presentence report will be filed February 6, 2007; and any motion for correction of the report will be filed February 13, 2007.

DATED: December 22, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE